FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 SEP 22 PM 2: 24
WESTERN DIVISION

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF T. MEMPHIS

UNITED STATES OF AMERICA )
   Plaintiff, )
)
)
VS. )       CR. NO. 05-20038-01-B
)
)
JAMEY WASHINGTON, )
   Defendant. )
)

## ORDER ON CHANGE OF PLEA
## AND SETTING

    This cause came on to be heard on September 21, 2005, the United States Attorney for this district, Lorraine Craig, appearing for the Government and the defendant, Jamey Washington, appearing in person and with counsel, Bruce Griffey, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1-5 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 20, 2005, at 1:30 P.M., before Judge J. Daniel Breen.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 22 day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-26-05___

86

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:05-CR-20038 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT