IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___JE___ D.C.

05 DEC 19 PM 5:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Cr. No. 05-20038-B

JAMEY WASHINGTON,

    Defendant.

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the sentencing hearing. Sentencing is hereby set for: _Tuesday, March 7, 2006 @ 9:00 a.m._.

It is so **ORDERED**, this the __19th__ day of December, 2005.

_J. DANIEL BREEN_
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-20-05

102

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:05-CR-20038 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT